PETER WELLER et al., Respondents, *v.* LOUIS WELLER et al.,
Appellants.

(Argued December 19, 1888; decided January 15, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made at the March Term, 1887, which affirmed a judgment in favor of the plaintiffs, entered upon a decision of the court on trial at Special Term. (Reported below, 44 Hun, 170.)

Decided substantially upon the opinion below.

*Spencer Clinton* for appellants.

*Truman C. White* for respondents.

DANFORTH, J., reads *mem.* for affirmance.
All concur.
Judgment affirmed.